IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| vs. | : CRIMINAL NO. 1:CR-12-0105 |
| | :    (Judge Caldwell) |
| MIGUEL MORRIS, | |
| Defendant | : |

*O R D E R*

AND NOW, this 15th day of February, 2017, based on the accompanying memorandum, it is ordered that Defendant's *Hazel Atlas* motions (Doc. 126 and 132), treated as second or successive 28 U.S.C. § 2255 motions, are dismissed for lack of jurisdiction.

    /s/William W. Caldwell
William W. Caldwell
United States District Judge